IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARCUS WATKINS, | : |
| Plaintiff | : |
| v. | : CASE NO. 7:09-CV-131 (HL) |
| Officer ATKINSON, | : |
| Defendant | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 25) filed November 8, 2010 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

There were no objections to the Magistrate Judge's Recommendation filed within the time allowed.

**SO ORDERED,** this the 7th day of December, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, Senior Judge**
**United States District Court**